IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD WOOD,

    Petitioner,                             No. CIV S-05-0941 LKK DAD P

    vs.

JEANNE S. WOODFORD, et al.,

    Respondents.                        ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents shall file and serve a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

        2. If the response to petitioner's habeas petition is an answer, petitioner's reply to the answer shall be filed and served within thirty days after service of the answer; the habeas

1

petition will be deemed submitted for decision upon the filing of petitioner's reply unless a party requests an opportunity for oral argument or files a motion that must be resolved before the court addresses the issues on their merits;

      3. If the response to petitioner's habeas petition is a motion, respondents' motion shall be noticed for hearing before the undersigned on a regularly scheduled law and motion calendar pursuant to Local Rule 78-230(a); all motions filed in this action shall be so noticed and shall be briefed in accordance with Local Rule 78-230(b), (c), and (d); and

      4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's May 13, 2005 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 upon Jo Graves, Senior Assistant Attorney General.

DATED: May 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
wood0941.100f