1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD WOOD,

11          Petitioner,              No. CIV S-05-0941 LKK DAD P

12       vs.

13   JEANNE S. WOODFORD, et al.,

14          Respondents.             ORDER

15   _____/

16          Good cause appearing, IT IS HEREBY ORDERED that:

17          1.  Respondents' June 15, 2005 motion for extension of time is granted; and

18          2.  Respondents' response to petitioner's petition for writ of habeas corpus shall

19   be filed on or before July 22, 2005.

20   DATED: June 17, 2005.

21

22                                   _____
                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE
23   DAD:13
     wood0941.111
24

25

26