IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WOOD,<br><br>    Petitioner,<br><br>vs.<br><br>JEANNE S. WOODFORD, Director,<br>California Department of Corrections, and<br>ROBERT J. HERNANDEZ, Warden,<br>Richard J. Donovan Correctional Facility,<br><br>    Respondents. | No.  CIV S-05-0941 LKK DAD P<br><br>**ORDER** |

Good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Petitioner's August 11, 2005 motion for an extension of time is granted; and

2. Petitioner's traverse and supporting memorandum shall be filed on or before September 21, 2005.

DATED: August 15, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/wood0941.111s